---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **EG2 Mobile Technology, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **None** | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **8 0 – 0 7 8 7 3 1 5** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4800 Alliance Gateway Freeway** <br> Number    Street | Number    Street |
| **Suite 110** | P.O. Box |
| | |
| **Fort Worth**         **TX**   **76177-3709** <br> City             State   ZIP Code | City                State   ZIP Code |
| **Tarrant** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | |
| | City                State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __EG2 Mobile Technology, LLC_____ Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

      ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

      ☐ Railroad (as defined in 11 U.S.C. § 101(44))

      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

      ☑ None of the above

*B. Check all that apply:*

      ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

      ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

      __8__ __1__ __1__ __2__

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

      ☑ Chapter 7

      ☐ Chapter 9

      ☐ Chapter 11.   *Check all that apply:*

            ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

            ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

            ☐ A plan is being filed with this petition.

            ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

            ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

            ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

      ☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |

      ☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

                District _____ When _____ Case number _____
                                        MM / DD / YYYY

                District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor  **EG2 Mobile Technology, LLC** _____  Case number (if known) _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                                        MM / DD / YYYY

Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number     Street

_____
City                          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **EG2 Mobile Technology, LLC**      Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |
| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- | --- |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/18/2017**
MM / DD / YYYY

X **/s/ Steve Lee**_____      **Steve Lee**_____
Signature of authorized representative of debtor      Printed name

Title **CEO**_____

| 18. | Signature of attorney | X **/s/ Michael F. Linz**_____    Date **12/18/2017**_____ |
| --- | --- | --- |
| | | Signature of attorney for debtor      MM / DD / YYYY |

**Michael F. Linz**_____
Printed name

**Linz & Chandler, P.C.**_____
Firm name

**701 Commerce**_____
Number      Street

**Suite 400**_____

**Dallas**_____    **TX**_____    **75202**_____
City      State      ZIP Code

**(214) 748-1948**_____    **MFL@Linz-Law.com**_____
Contact phone      Email address

**12393800**_____    **TX**_____
Bar number      State

---

**Fill in this information to identify the case**

Debtor name      **EG2 Mobile Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

---

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                      Current value of
                                                                                        debtor's interest

2.  **Cash on hand**                                                                    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1. **Checking account - BOA** | **Checking account** | 7  7  7  2 | $26.33 |
| 3.2. **Checking account - Green Bank** | **Checking account** | 1  2  2  4 | $674.16 |
| 3.3. **Checking account - Shinhan** | **Checking account** | 7  0  7  5 | $466.05 |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          | $1,166.54 |

---

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

---

Debtor __EG2 Mobile Technology, LLC_____ Case number (if known) _____
       Name

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | Gas Company Deposit | $250.00 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| **9.** | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $250.00 |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ·············· ➜ | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $708,467.50 | – | $0.00 | = ·············· ➜ | $708,467.50 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$708,467.50

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:             % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17. Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **EG2 Mobile Technology, LLC**                         Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Inventory | 10/31/2017 | | Pruchase Price | $571,256.75 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$571,256.75

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor   **EG2 Mobile Technology, LLC**      Case number (if known) _____
        Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture & Fixture | $46,984.00 | 1/2 purchase price | $23,492.00 |
| Office Furniture & Equiptments | $10,250.00 | 1/2 the purchase price | $11,297.40 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $34,789.40 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Lexus ES300** | | NADA - Blue Book Value | $0.00 |
| 47.2. **2013 Nissan Sentra** | | NADA - Blue Book Vaule | $0.00 |
| 47.3. **2012 Nissan Sentra** | | NADA - Blue Book Value | $41.00 |
| 47.4. **2017 Toyota Corolla IM** | | NADA - Blue Book Value | $0.00 |

Debtor  **EG2 Mobile Technology, LLC**                              Case number (if known) _____
        Name

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

49.1. **Leasehold Improvement**            $172,894.79    No resale value                  $0.00

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| Air Compressor | $9,197.00 | 1/2 the purchase price | $12,278.25 |
| Apex Polishing | $53,740.00 | 1/2 the purchase price | $78,293.35 |
| Auto Clave | $8,344.00 | 1/2 the purchase price | $12,310.60 |
| Cleanroom | $91,224.00 | 1/2 the purchase price | $134,560.78 |
| Coating Machine | $109,827.00 | 1/2 the purchase price | $162,051.16 |
| Conveyor Belts | $15,886.00 | 1/2 the purchase price | $17,084.13 |
| Freezer Glass Removal | $7,650.00 | 1/2 the price purchase | $3,825.00 |
| G & Tech Polishing | $20,767.00 | 1/2 the purchase price | $30,641.72 |
| Heat Dryer | $3,902.00 | 1/2 the purchase price | $5,757.11 |
| Laminating Machine (1) | $130,992.00 | 1/2 the purchase price | $193,281.10 |
| Laminating Machine (2) | $153,463.00 | 1/2 the purchase price | $161,208.50 |
| Laminating Machine (3) | $152,127.00 | 1/2 the purchase price | $158,500.00 |
| LCD Flex/Test Machine | $23,450.00 | 1/2 the price purchase | $11,725.00 |
| Nitrogen Separator | $6,847.00 | 1/2 the purchase price | $10,103.13 |
| POL Machine | $3,686.00 | 1/2 the price purchase | $1,843.00 |
| Wire Cutter | $3,727.00 | 1/2 the purchase price | $5,500.00 |
| OCA /Bezel Press Machine | $28,247.00 | 1/2 the price purchase | $14,123.50 |
| Production Chairs | $2,516.81 | 1/2 the price purchase | $1,258.40 |
| Conveyor Belt | $12,059.00 | 1/2 the price purchase | $17,084.13 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                          $1,031,469.86

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1. 4800 Alliance Gateway Freeway<br>Fort Worth, TX 76177<br>4800 Alliance Gateway Freeway, Fort<br>Worth, TX 76177<br>That certain space commonly known<br>as Suite No. 110, containing 26,769<br>rentable square feet, in the building<br>commonly known as Gateway 15<br>(the "Building").** | **Lease** | **$0.00** | | **$0.00** |

**56.** Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** Total of Part 10.
Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

Debtor   __EG2 Mobile Technology, LLC_____   Case number (if known) _____
              Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    | $0.00 |
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **EG2 Mobile Technology, LLC**             Case number (if known) _____
          Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,166.54 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $250.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $708,467.50 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $571,256.75 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $34,789.40 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,031,469.86 | |
| 88. **Real property.** Copy line 56, Part 9 ...............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $2,347,400.05 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. $2,347,400.05

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **EG2 Mobile Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.1** 

Creditor's name
**Green Bank, N.A**

Creditor's mailing address
**4000 Greenbriar St**

Houston     TX    77098-5204

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
   creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**LOC**

**Describe the lien**

**Line of Credit / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$375,000.00**     Column B: **$1,819,978.40**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**     **$1,596,550.23**

| Debtor | EG2 Mobile Technology, LLC | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**

| Creditor's name<br>**Green Bank, N.A.** | Describe debtor's property that is subject to a lien | $372,874.06 | $1,819,978.40 |
|---|---|---|---|

Creditor's mailing address
**4000 Greenbriar St**

Equiptment Loan

Describe the lien
**Agreement**

Houston     TX    77098-5204

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.3**

| Creditor's name<br>**Green Bank, N.A.** | Describe debtor's property that is subject to a lien | $811,518.26 | $1,819,978.40 |
|---|---|---|---|

Creditor's mailing address
**4000 Greenbriar St**

Equiptment Loan

Describe the lien
**Promissory Note / Agreement**

Houston     TX    77098-5204

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number   2   7   9   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **EG2 Mobile Technology, LLC** _____   Case number (if known) _____

| Part 1: | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.4**

Creditor's name
**Toyota Financial Services**

Creditor's mailing address
**PO Box 8026**

_____

**Cedar Rapids        IA     52409-8026**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            **N   7   2   2**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Lexus ES300**

Describe the lien
**Lease / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,477.00**          **$31,420.00**

---

**2.5**

Creditor's name
**Toyota Financial Services**

Creditor's mailing address
**PO Box 8026**

_____

**Cedar Rapids        IA     52409-8026**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            **0   7   8   4**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2013 Nissan Sentra**

Describe the lien
**Auto Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,415.91**          **$8,026.00**

Debtor __EG2 Mobile Technology, LLC_____ Case number (if known) _____

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name
**Toyota Financial Services**

Creditor's mailing address
**PO Box 8026**

_____

__Cedar Rapids        IA      52409-8026__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        __0__  __7__  __8__  __1__

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2012 Nissan Sentra**

Describe the lien
**Auto Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$7,050.00**   Column B: **$7,091.00**

**2.7** Creditor's name
**Toyota Financial Services**

Creditor's mailing address
**PO Box 8026**

_____

__Cedar Rapids        IA      52409-8026__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        __L__  __6__  __0__  __0__

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2017 Toyota Corolla IM**

Describe the lien
**Lease / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$8,215.00**   Column B: **$15,386.00**

**Fill in this information to identify the case:**

Debtor          **EG2 Mobile Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:       List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No  ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( ____ ) | | | |

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**8x8, Inc**

**2125 O'Nel Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Jose** | **CA** | **95131** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **1   5   9   6**

☑ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.18** |
|---|---|---|---|

**Airgas USA LLC**

**PO Box 676015**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75267-6015** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **1   7   0   6**

☑ No
☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alleviance Inc**

**2000 E Lamar Blvd**

**Suite 320**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Arlington** | **TX** | **76006** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Atmos Energy**

**2607 Logan St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75215** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **6   1   2   1**

☑ No
☐ Yes

Debtor   **EG2 Mobile Technology, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 |

**CEKO Co, Ltd**

**4F Joong'll, Eines Platz III,**

**442-13 Sangdaewon-dong, Jungwon-gu,**

**Seongnam-si,Gyeonggi-do,Korea**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   0  5  0  2

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Coway**

**2225 E Belt Line Rd**

**Suite 210**

**Carrollton          TX      75006**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   1  7  0  8

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Crown Packaging Corp**

**PO Box 952339**

**St Louis          MO      63195**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   2  0  1  7

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $990,016.02 |

**Effex Management Solutions, LLC**

**1302 Kingwood Drive**

**Kingwood          TX      77339-3028**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Staffing**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   5  3  2  8

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**EZS Technology, Inc**

**915 Enterprise Blvd**

**Suite 100**

**Allen**      **TX**    **75013**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Granite**

**100 Newport Ave Ext.**

**Quincy**      **MA**    **02171**

Date or dates debt was incurred

Last 4 digits of account number   **8 2 8 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Guard Texas**

**PO Box 850356**

**Richardson**      **TX**    **75085-0356**

Date or dates debt was incurred

Last 4 digits of account number   **1 1 5 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Guardian**

**PO Box 824404**

**Philadelphia**      **PA**    **19182-4404**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **EG2 Mobile Technology, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,150.00 |
|---|---|---|---|

**Iones Co Ltd**

**2061 Anseong-daero**

**Gosam-myeon, Anseong, 17505**

**Gyeonggi-do, South Korea**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**JPI Corporation**

**1207 Hyundai Office Bldg**

**9-4 Sunae-dong, Bundang-Gu Seongnam-city**

**Gyeonggi-do, South Korea**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220,000.00 |
|---|---|---|---|

**Kwangjin Park**

**1032 Hosington Dr**

**Plano          TX     75094**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Buyout Agreement**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $853,427.46 |
|---|---|---|---|

**Kyu Taek Cho**

**24 Burning Hollow Rd**

**Saddle River          NJ     07458**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loan, Repurchase and Interest**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $38,919.45 |
|---|---|---|---|---|

Check all that apply.

**MD Martin Staffing**

**PO Box 39000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Francisco** | **CA** | **94139** |
|---|---|---|

**Staffing**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,757.90 |
|---|---|---|---|

Check all that apply.

**Phisco**

**2364 Paseo De Las Americas 104-367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Diego** | **CA** | **92154** |
|---|---|---|

**Product Supplier**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   3   2   8   3

☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Pronto**

**7420 S. Cooper Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Arlington** | **TX** | **76001** |
|---|---|---|

**Shipping Logistics**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   5   6   0   5

☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,089.00 |
|---|---|---|---|

Check all that apply.

**Q1 Supply**

**Unit 1201 Ricky Center**

**Chung Yip St 36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kuntong, Kowloon, Hong Kong**

**Basis for the claim:**

**Parts Supplier**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **EG2 Mobile Technology, LLC**       Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

       **Amount of claim**

**3.21**   Nonpriority creditor's name and mailing address

**Si Kang Global Trading Limited**

**7/F, Spa Centre**

**53-55 Lockhart Road**

**Wan Chai, HK Wanchai, Hong Kong**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Parts Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$84,829.20**

---

**3.22**   Nonpriority creditor's name and mailing address

**Tara Energy**

**PO Box 301438**

**Dallas**      **TX**    **75303-1410**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number **0 0 0 2**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.23**   Nonpriority creditor's name and mailing address

**TD Industries**

**PO Box 300008**

**Dallas**      **TX**    **75303-0008**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number **C H 0 0**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.24**   Nonpriority creditor's name and mailing address

**TestEquity, LLC**

**2434 McIver Lane**

**Carrollton**      **TX**    **75006**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number **2 0 1 7**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address

**The Hartford Financial Services Group**

**PO Box 660916**

**Dallas** **TX** **75266-0916**

Date or dates debt was incurred

Last 4 digits of account number **7 5 4 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.26** Nonpriority creditor's name and mailing address

**Top Trans Logistics, LLC**

**4500 Satellite Blvd**

**Suite 2200**

**Duluth** **GA** **30096**

Date or dates debt was incurred **2017**

Last 4 digits of account number **0 5 8 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.27** Nonpriority creditor's name and mailing address

**Tyco Ingrated Security**

**4700 Exchange Court**

**Suite 300**

**Boca Raton** **FL** **33431**

Date or dates debt was incurred

Last 4 digits of account number **1 8 3 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.28** Nonpriority creditor's name and mailing address

**ULine**

**PO Box 88741**

**Chicago** **IL** **60680-1741**

Date or dates debt was incurred

Last 4 digits of account number **6 5 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,271.67**

| Debtor | **EG2 Mobile Technology, LLC** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

UPS

Lockbox 577

Carol Stream              IL        60132-0577

Date or dates debt was incurred

Last 4 digits of account number       E   3   1   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.30** Nonpriority creditor's name and mailing address

Waste Management Hauling

PO Box 660345

Dallas                    TX        76112-0345

Date or dates debt was incurred

Last 4 digits of account number       3   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.31** Nonpriority creditor's name and mailing address

XO Communications

8851 Sandy Pkwy

Sandy                     UT        84070

Date or dates debt was incurred

Last 4 digits of account number       8   1   6   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.32** Nonpriority creditor's name and mailing address

Yezone

RM409, JinChen Plaza

Baiyun District

Guangzhou, China

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$576,692.70

Debtor      **EG2 Mobile Technology, LLC**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
      are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.1      **Tailim Song Law Firm**                          Line  **3.15**                            ___ ___ ___ ___
         **13140 Coit Rd**                                 ☐ Not listed.  Explain:
         **Suite 350**
         _____
         **Dallas**            **TX**    **75240**

Debtor __**EG2 Mobile Technology, LLC**_____  Case number (if known) _____

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.  **Total claims from Part 1**          5a.  $0.00

5b.  **Total claims from Part 2**          5b. **+**  $2,862,065.58

5c.  **Total of Parts 1 and 2**           5c.  $2,862,065.58
     Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **EG2 Mobile Technology, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | _____ Chapter **7** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Business Building - Lease Agreement** | **At Industrial Owner 7 LLC** |
|---|---|---|---|
| | | | **c/o Hillwood Alliance Services LLA** |
| | | | **13600 Hertiage Parkway, Suite 200** |
| | State the term remaining | **11/30/2022** | |
| | List the contract number of any government contract | | **Fort Worth**  **TX**  **76177** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease - Lexus ES300** | **Toyota Financial Services** |
|---|---|---|---|
| | | | **PO Box 8026** |
| | State the term remaining | **08/02/19** | |
| | List the contract number of any government contract | | **Cedar Rapids**  **IA**  **52409-8026** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Purchase - 2013 Nissan Sentra** | **Toyota Financial Services** |
|---|---|---|---|
| | | | **PO Box 8026** |
| | State the term remaining | **08/26/2022** | |
| | List the contract number of any government contract | | **Cedar Rapids**  **IA**  **52409-8026** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Purchase - 2012 Nissan Sentra** | **Toyota Financial Services** |
|---|---|---|---|
| | | | **PO Box 8026** |
| | State the term remaining | **08/24/2021** | |
| | List the contract number of any government contract | | **Cedar Rapids**  **IA**  **52409-8026** |

Debtor    **EG2 Mobile Technology, LLC** _____    Case number (if known) _____

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

    Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease - 2017 Toyota Corolla IM** | **Toyota Financial Services**<br>**PO Box 8026** |
| | State the term remaining | 08/24/2021 | |
| | List the contract number of any government contract | | **Cedar Rapids**     **IA**     **52409-8026** |

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>EG2 Mobile Technology, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br/>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules<br/>that apply: |
| 2.1  **Hawk Jung** | **6811 Lee Meadow Dr**<br/>Number        Street<br/><br/>**Frisco**                    **TX    75035**<br/>City                              State   ZIP Code | **Green Bank, N.A.** | ☑ D<br/>☐ E/F<br/>☐ G |
| 2.2  **Hawk Jung** | **6811 Lee Meadow Dr**<br/>Number        Street<br/><br/>**Frisco**                    **TX    75035**<br/>City                              State   ZIP Code | **Green Bank, N.A.** | ☑ D<br/>☐ E/F<br/>☐ G |
| 2.3  **Hawk Jung** | **6811 Lee Meadow Dr**<br/>Number        Street<br/><br/>**Frisco**                    **TX    75035**<br/>City                              State   ZIP Code | **Green Bank, N.A** | ☑ D<br/>☐ E/F<br/>☐ G |
| 2.4  **Steve Lee** | **1016 Damsel Caroline Dr**<br/>Number        Street<br/><br/>**Lewisville**                    **TX    75056**<br/>City                              State   ZIP Code | **Toyota Financial Services** | ☑ D<br/>☐ E/F<br/>☐ G |

Debtor      __EG2 Mobile Technology, LLC_____     Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Toyota Financial Services | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Toyota Financial Services | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Toyota Financial Services | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Green Bank, N.A | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Green Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Steve Lee | 1016 Damsel Caroline Dr<br>Number      Street<br><br><br>Lewisville      TX    75056<br>City      State  ZIP Code | Green Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **EG2 Mobile Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B...................................................................................... **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................. **$2,347,400.05**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B.................................................................................... **$2,347,400.05**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ **$1,596,550.23**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................... **+ $2,862,065.58**

**4.** **Total liabilities**
Lines 2 + 3a + 3b........................................................................................................ **$4,458,615.81**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>EG2 Mobile Technology, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/18/2017**
　　　　　　　MM / DD / YYYY

X **/s/ Steve Lee**
Signature of individual signing on behalf of debtor

**Steve Lee**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **EG2 Mobile Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2017**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$8,180,648.84** |
| For prior year: | From **01/01/2016**<br>MM / DD / YYYY | to | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$9,254,404.00** |
| For the year before that: | From **01/01/2015**<br>MM / DD / YYYY | to | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,428,915.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
   before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
   adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | ULine<br><sub>Creditor's name</sub><br>PO Box 88741<br><sub>Street</sub><br><br>Chicago IL 60680-1741<br><sub>City State ZIP Code</sub> | Oct - 2017<br>Nov - 2017 | $11,609.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **EG2 Mobile Technology, LLC**                                    Case number (if known) _____
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.** **Crown Packaging Corp**
Creditor's name
**PO Box 952339**
Street
_____
**St Louis**            **MO**    **63195**
City                   State   ZIP Code

Dates: **Oct - 2017** / **Nov - 2017**

Total amount or value: **$12,008.17**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.3.** **TestEquity, LLC**
Creditor's name
**2434 McIver Lane**
Street
_____
**Carrollton**          **TX**    **75006**
City                   State   ZIP Code

Dates: **Nov - 2017**

Total amount or value: **$6,728.22**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.4.** **Guard Texas**
Creditor's name
**PO Box 850356**
Street
_____
**Richardson**          **TX**    **75085-0356**
City                   State   ZIP Code

Dates: **Sept - 2017** / **Oct - 20147** / **Nov - 2017**

Total amount or value: **$16,938.71**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.5.** **Tara Energy**
Creditor's name
**PO Box 301438**
Street
_____
**Dallas**              **TX**    **75303-1410**
City                   State   ZIP Code

Dates: **Sept - 2017** / **Oct - 2017** / **Nov - 2017**

Total amount or value: **$19,406.33**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.6.** **Phisco**
Creditor's name
**2364 Paseo De Las Americas**
Street
**Suite 104-367**
_____
**San Diego**           **Ca**    **92154**
City                   State   ZIP Code

Dates: **Sept - 2017** / **Oct - 2017** / **Nov - 2017**

Total amount or value: **$14,063.54**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.7.** **Effex Management Solutions, LLC**
Creditor's name
**1302 Kingwood Drive**
Street
_____
**Kingwood**            **TX**    **77339-3039**
City                   State   ZIP Code

Dates: **Seot - 2017** / **Oct - 2017** / **Nov - 2017**

Total amount or value: **$700,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Staffing**

Debtor    **EG2 Mobile Technology, LLC**        Case number (if known) _____
        Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Alleviance Inc**<br>Creditor's name<br>**2000 E Lamar Blvd**<br>Street<br>**Suite 320**<br><br>**Arlington**   **TX**   **46006**<br>City    State    ZIP Code | **Oct - 2017**<br>**Nov - 2017** | **$24,406.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.9. | **At Industrial Owner 7 LLC**<br>Creditor's name<br>**c/o Hillwood Alliance Sevices LLC**<br>Street<br>**13600 Heritage Parkway, Suite 200**<br><br>**Fort Worth**   **TX**   **76177**<br>City    State    ZIP Code | **Sept - 2017**<br>**Oct - 2017**<br>**Nov - 2017** | **$20,046.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Lease** |
| 3.10. | **Kwangjin Park**<br>Creditor's name<br>**1032 Hosington Dr**<br>Street<br><br>**Plano**   **TX**   **75094**<br>City    State    ZIP Code | **Sept - 2017**<br>**Oct - 2017**<br>**Nov - 2017** | **$30,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.11. | **Green Bank, N.A.**<br>Creditor's name<br>**4000 Greenbriar St**<br>Street<br><br>**Houston**   **TX**   **77098-5204**<br>City    State    ZIP Code | **Sept - 2017**<br>**Oct - 2017**<br>**Nov - 2017** | **$97,532.95** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.12. | **Yezone**<br>Creditor's name<br>**RM409, JinChen Plaza**<br>Street<br>**Baiyun District**<br><br>City    State    ZIP Code | **Sept - 2017**<br>**Oct - 2017**<br>**Nov - 2017** | **$320,898.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.13. | **Q1 Supply**<br>Creditor's name<br>**Unit 1201 Ricky Center**<br>Street<br>**Chung Yip St 36**<br><br>City    State    ZIP Code | **Sept - 2017** | **$7,130.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **EG2 Mobile Technology, LLC**                                    Case number (if known) _____
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.14.  **Si Kang Global Trading Limited**
Creditor's name
**7/F, Spa Centre**
Street
**53-55 Lockhart Road**

**Wanchai, HK Wanchai    HK**
City                    State    ZIP Code

Dates: **Sept - 2017**, **Oct - 2017**, **Nov - 2017**

Total amount or value: **$129,290.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.15.  **JPI Corporation**
Creditor's name
**1207 Hyundai Office Bldg**
Street
**9-4, Sunae-Dong,**

City                    State    ZIP Code

Dates: **Oct - 2017**

Total amount or value: **$13,500.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.  **Kyu Taek Cho**
Insider's name
**24 Burning Hollow Rd**
Street

**Saddle River    NJ    07458**
City            State    ZIP Code

**Relationship to debtor**
_____

Dates: **Dec 2016 to Nov 2017**

Total amount or value: **$184,618.17**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.2.  **Kwangjin Park**
Insider's name
**1032 Hostington Dr**
Street

**Plano    TX    75094**
City            State    ZIP Code

**Relationship to debtor**
_____

Dates: **Dec 2016 to Nov 2017**

Total amount or value: **$120,000.00**

Debtor    **EG2 Mobile Technology, LLC**                                    Case number (if known) _____
          Name

**5.    Repossessions, foreclosures, and returns**

  List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

  ☑ None

**6.    Setoffs**

  List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

  ☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
  List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

  ☑ None

**8.    Assignments and receivership**

  List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

  ☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

  ☑ None

| Part 5: | Certain Losses |
|---|---|

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

  ☑ None

Debtor    **EG2 Mobile Technology, LLC**        Case number (if known) _____
       Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Linz & Chandler, P.C.** | | **9/12/2017** | **$5,000.00** |

     **Address**

     **701 Commerce Street**
     Street
     **Suite 400**

     **Dallas**      **TX**      **72020**
     City      State    ZIP Code

     **Email or website address**
     **MFL@Linz-Law.com**

     **Who made the payment, if not debtor?**

     _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **EG2 Mobile Technology, LLC**        Case number (if known) _____
         Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor __**EG2 Mobile Technology, LLC**_____ Case number (if known) _____
Name

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **EG2 Mobile Technology, LLC**        Case number (if known) _____
       Name

**26.**   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    **Name and address**                             **Dates of service**

26a.1.   **Thomas Sim, CPA**                      **From** _____    **To** _____
        Name
        **3010 Lundon B Johnson Frwy**
        Street
        **Suite 130**

        **Dallas**          **TX**    **75234**
        City             State    ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

    **Name and address**                             **Dates of service**

26b.1.   **Thomas Sim, CPA**                      **From** _____    **To** _____
        Name
        **3010 Lyndon B Johnson Frwy**
        Street
        **Suite 130**

        **Dallas**          **TX**    **75234**
        City             State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

    **Name and address**                             **If any books of account and records are unavailable, explain why**

26c.1.   **Thomas Sim, CPA**
        Name
        **3010 Lyndon B Johnson Frwy**
        Street
        **Suite 130**

        **Dallas**          **TX**    **75234**
        City             State    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

    **Name and address**

26d.1.   **Green Bank, N.A.**
        Name
        **4000 Greenbriar St**
        Street

        **Houston**        **TX**    **77098-5204**
        City             State    ZIP Code

Debtor **EG2 Mobile Technology, LLC**      Case number (if known) _____
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Steve Lee | 1016 Damsel Caroline Dr Lewsiville, TX 75056 | | 46.2% |
| Hawk Jung | 6811 Lee Meadow Dr Frisco, TX 75035 | | 46.2% |
| Raymond M Clark | 1537 Roanoke Rd Keller, TX 76262 | | 3.8% |
| Jeffrey B. Taylor | 6007 Lansford Ln Colleyville, TX 76034 | | 3.8% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Kyu Taek Cho**<br>Name<br>**24 Burning Hollow Rd**<br>Street<br><br>**Saddle River**   **NJ**   **07458**<br>City   State   ZIP Code<br><br>**Relationship to debtor** | **Loan, Repurchase & Interest**<br>**$184,618.17** | **Dec 2016**<br>**to Nov 2017** | |

Debtor    **EG2 Mobile Technology, LLC**                                    Case number (if known) _____
        Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Kwangjin Park** <br> Name <br> **1032 Hostington Dr** <br> Street <br><br> **Plano**　　　**TX**　**75094** <br> City　　　　State　ZIP Code <br><br> **Relationship to debtor** | **Buyout Agreement** <br> **$120,000.00** | **Dec 2017** <br> **to Nov 2017** | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/18/2017**
       MM / DD / YYYY

**X** **/s/ Steve Lee**                                                    Printed name **Steve Lee**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **EG2 Mobile Technology, LLC**

Case No. _____

Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept.................................................................... | **$5,000.00** |
| Prior to the filing of this statement I have received......................................................... | **$5,000.00** |
| Balance Due.......................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☐ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Adversary proceedings, contested matters, motion to lift stay, lien avoidance, amendments to pleadings, reaffirmations, redemptions and adjourned hearings.**

---

<div style="border:1px solid black">

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/18/2017** | **/s/ Michael F. Linz** |
| *Date* | *Michael F. Linz*  Bar No. 12393800 |
| | Linz & Chandler, P.C. |
| | 701 Commerce |
| | Suite 400 |
| | Dallas, TX 75202 |
| | Phone: (214) 748-1948 / Fax: (214) 748-9449 |
| | MFL@Linz-Law.com |

</div>

**/s/ Steve Lee**
_____

*Steve Lee*
*CEO*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **EG2 Mobile Technology, LLC**                                  CASE NO

                                                                                              CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  _12/18/2017_____                Signature  _/s/ Steve Lee_____
                                                                                                                                      *Steve Lee*
                                                                                                                                      *CEO*


Date  _____                Signature  _____

8x8, Inc
2125 O'Nel Dr
San Jose, CA 95131


Airgas USA LLC
PO Box 676015
Dallas, TX 75267-6015


Alleviance Inc
2000 E Lamar Blvd
Suite 320
Arlington, TX 76006


At Industrial Owner 7 LLC
c/o Hillwood Alliance Services LLA
13600 Hertiage Parkway, Suite 200
Fort Worth, TX 76177


Atmos Energy
2607 Logan St
Dallas, TX 75215


CEKO Co, Ltd
4F Joong'Il, Eines Platz III,
442-13 Sangdaewon-dong, Jungwon-gu,
Seongnam-si,Gyeonggi-do,Korea


Coway
2225 E Belt Line Rd
Suite 210
Carrollton, TX 75006


Crown Packaging Corp
PO Box 952339
St Louis, MO 63195


Effex Management Solutions, LLC
1302 Kingwood Drive
Kingwood, TX 77339-3038

EZS Technology, Inc
915 Enterprise Blvd
Suite 100
Allen, TX 75013


Granite
100 Newport Ave Ext.
Quincy, MA 02171


Green Bank, N.A
4000 Greenbriar St
Houston, TX 77098-5204


Green Bank, N.A.
4000 Greenbriar St
Houston, TX 77098-5204


Guard Texas
PO Box 850356
Richardson, TX 75085-0356


Guardian
PO Box 824404
Philadelphia, PA 19182-4404


Hawk Jung
6811 Lee Meadow Dr
Frisco, TX 75035


Iones Co Ltd
2061 Anseong-daero
Gosam-myeon, Anseong, 17505
Gyeonggi-do, South Korea


JPI Corporation
1207 Hyundai Office Bldg
9-4 Sunae-dong, Bundang-Gu Seongnam-city
Gyeonggi-do, South Korea

Kwangjin Park
1032 Hosington Dr
Plano, TX 75094


Kyu Taek Cho
24 Burning Hollow Rd
Saddle River, NJ 07458


MD Martin Staffing
PO Box 39000
San Francisco, CA 94139


Phisco
2364 Paseo De Las Americas 104-367
San Diego, CA 92154


Pronto
7420 S. Cooper Street
Arlington, TX 76001


Q1 Supply
Unit 1201 Ricky Center
Chung Yip St 36
Kuntong, Kowloon, Hong Kong


Si Kang Global Trading Limited
7/F, Spa Centre
53-55 Lockhart Road
Wan Chai, HK Wanchai, Hong Kong


Steve Lee
1016 Damsel Caroline Dr
Lewisville, TX 75056


Tailim Song Law Firm
13140 Coit Rd
Suite 350
Dallas, TX 75240

Tara Energy
PO Box 301438
Dallas, TX 75303-1410


TD Industries
PO Box 300008
Dallas, TX 75303-0008


TestEquity, LLC
2434 McIver Lane
Carrollton, TX 75006


The Hartford Financial Services Group
PO Box 660916
Dallas, TX 75266-0916


Top Trans Logistics, LLC
4500 Satellite Blvd
Suite 2200
Duluth, GA 30096


Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52409-8026


Tyco Ingrated Security
4700 Exchange Court
Suite 300
Boca Raton, FL 33431


ULine
PO Box 88741
Chicago, IL 60680-1741


UPS
Lockbox 577
Carol Stream, IL 60132-0577

Waste Management Hauling
PO Box 660345
Dallas, TX 76112-0345


XO Communications
8851 Sandy Pkwy
Sandy, UT 84070


Yezone
RM409, JinChen Plaza
Baiyun District
Guangzhou, China

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **EG2 Mobile Technology, LLC** | § | Case No. _____ |
| | § | |
| | § | |
| Debtor(s) | § | Chapter  **7**_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **12/18/2017**_____    **/s/ Steve Lee**_____
Steve Lee
CEO
**Complete EIN:  80-0787315**_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **12/18/2017**_____          **/s/ Michael F. Linz**_____
Michael F. Linz, Attorney for Debtor
**Linz & Chandler, P.C.**
**701 Commerce**
**Suite 400**
**Dallas, TX 75202**
**Email: MFL@Linz-Law.com**
**Phone: (214) 748-1948 / Fax: (214) 748-9449**