**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-45084 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Eg2 Mobile Technology, Llc | | | | Date Filed (f) or Converted (c): | 12/18/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/24/2018 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 05/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Gas Company deposit | 250.00 | 250.00 | | 0.00 | FA |
| 2. Accounts Receivable - Over 90 days old | 708,467.50 | 708,467.50 | | 5,250.00 | FA |
| 3. Inventory | 571,256.75 | 571,256.75 | | 46,725.00 | FA |
| 4. Real property leased - 4800 Alliance Gateway Freeway, Fort Worth, TX 76177  Suite 110, 4800 Alliance Gateway Freeway, Fort Worth, Texas, containing 26,769 rentable square feet, in the building commonly known as Gateway 15 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - BOA | 26.33 | 0.00 | | 0.00 | FA |
| 6. Checking account - Green Bank | 674.16 | 0.00 | | 0.00 | FA |
| 7. Checking account - Shinhan | 466.05 | 466.05 | | 466.05 | FA |
| 8. Furniture & Fixture | 23,492.00 | 23,492.00 | | 8,490.00 | FA |
| 9. Office Furniture & Equiptments | 11,297.00 | 11,297.00 | | 25,170.00 | FA |
| 10. Lexus ES300 | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Nissan Sentra | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2012 Nissan Sentra | 41.00 | 0.00 | | 0.00 | FA |
| 13. 2017 Toyota Corolla IM | 0.00 | 0.00 | | 0.00 | FA |
| 14. Leasehold improvement | 0.00 | 0.00 | | 0.00 | FA |
| 15. Air Compressor | 12,278.25 | 12,278.25 | | 6,565.00 | FA |
| 16. Apex Polishing | 78,293.35 | 78,293.35 | | 1,625.00 | FA |
| 17. Auto Clave | 12,310.60 | 12,310.60 | | 2,755.00 | FA |
| 18. Cleanroom | 134,560.78 | 134,560.78 | | 4,100.00 | FA |
| 19. Coating machine | 162,051.16 | 162,051.16 | | 950.00 | FA |
| 20. Conveyor Belts | 17,084.13 | 17,084.13 | | 3,025.00 | FA |
| 21. Freezer Glass Removal | 3,825.00 | 3,825.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-45084 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Eg2 Mobile Technology, Llc | | | | Date Filed (f) or Converted (c): | 12/18/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/24/2018 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 05/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. G & Tech Polishing | 30,641.72 | 30,641.72 | | 850.00 | FA |
| 23. Heat Dryer | 5,757.11 | 5,757.11 | | 0.00 | FA |
| 24. Laminating machine (1) | 193,281.10 | 193,281.10 | | 1,026.66 | FA |
| 25. Laminating machine (2) | 161,208.50 | 161,208.50 | | 1,026.67 | FA |
| 26. Laminating machine (3) | 158,500.00 | 158,500.00 | | 1,026.67 | FA |
| 27. LCD Flex / Test Machine | 11,725.00 | 11,725.00 | | 497.50 | FA |
| 28. Nitrogen Separator | 10,103.13 | 10,103.13 | | 945.00 | FA |
| 29. POL Machine | 1,843.00 | 1,843.00 | | 0.00 | FA |
| 30. Wire cutter | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 31. OCA/Bezel Press Machine | 14,123.50 | 14,123.50 | | 517.50 | FA |
| 32. Production chairs | 1,258.40 | 1,258.40 | | 75.00 | FA |
| 33. Conveyor Belt | 17,084.13 | 17,084.13 | | 2,050.00 | FA |
| 34. Preferential transfers made within 90 days before filing of bankruptcy case SOFA #3 | 0.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 35. Void | 0.00 | 0.00 | | 0.00 | FA |
| 36. Void | 0.00 | 0.00 | | 0.00 | FA |
| 37. Void | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $2,347,399.65     $2,446,658.16     $113,136.05     $100,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has sold inventory and equipment of Debtor pursuant to Order of the Court. Trustee made demand for payment of accounts receivables from 2 large customers, valued at $708,467.58 by Debtors. After analysis of proof of payments made, only $5,250.00 remained owing to the estate. Trustee is preparing the case for closing.

Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:     /s/ Marilyn D. Garner, Trustee     Date: 10/31/2019

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817)505-1499